UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CIVIL ACTION NO.
09-12051-PBS

MAURICE WYMAN and
CYNTHIA WYMAN,
    Defendants.

**REPORT AND RECOMMENDATION RE:**
**UNITED STATES OF AMERICA'S MOTION FOR SUMMARY**
**JUDGMENT AGAINST THE DEFENDANTS MAURICE**
**WYMAN AND CYNTHIA WYMAN**
**(DOCKET ENTRY # 14)**

**April 27, 2011**

BOWLER, U.S.M.J.

    Pending before this court is a summary judgment motion filed by plaintiff United States of America ("the government") under Rule 56, Fed. R. Civ. P. (Docket Entry # 14). The government seeks the unpaid federal income taxes from defendant Maurice and Cynthia Wyman ("defendants") for the tax years of 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2004 and 2005 in the total amount of $2,380,575.37 plus interest and other statutory additions from and after October 15, 2010. (Docket Entry # 16). The government also seeks the unpaid federal income taxes from defendant Maurice Wyman ("Wyman") for the 2006 tax year in the total amount of $215,928.16 plus interest and other statutory additions from and after October 15, 2010. (Docket Entry ## 14 & 16).

*[Handwritten annotation in left margin:]* 6/8/2011 I adopt the report and recommendation without objection and order that the summary judgment motion of the government is allowed. /s/ Saris